**Linda STRINGFIELD, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 70814.**

Missouri Court of Appeals, Western District.

Sept. 29, 2009.

Linda Stringfield, Acting Pro Se, Kansas City, MO, for appellant.

Rachel M. Lewis, Esq., Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., JAMES EDWARD WELSH, and KAREN KING MITCHELL, JJ.

#### ORDER

PER CURIAM:

Ms. Linda Stringfield appeals the decision of the Labor and Industrial Commission denying her application for unemployment benefits. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Johnson CONTROLS, Appellant,**

v.

**Kirk PORTER, Respondent.**

**No. WD 70476.**

Missouri Court of Appeals, Western District.

Sept. 29, 2009.

Mark R. Bates, St. Louis, MO, for appellant.

John R. Boyd, Kansas City, MO, for respondent.

Before ALOK AHUJA, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM:

Johnson Controls, Inc., appeals the judgment of the Labor and Industrial Relations Commission awarding employee medical benefits and permanent partial disability benefits to a former employee. Respondent's motion for sanctions is denied. The judgment is affirmed pursuant to Rule 84.16(b).